1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9                   UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

12  HILDA SOLIS, Secretary of            )
    Labor, United States                 )
13  Department of Labor,                 )
                        Plaintiff,       )
14                                       )
                                         )   Case No.  2:11-cv-1185
        v.                               )
15                                       )
    CHIP'N'DALE'S CUSTOM                 )
16  LANDSCAPING, INC., a Nevada          )
    Corporation, GREG STRUHL, an         )
17  individual, and RUBEN ENRIQUEZ, an   )
    individual,                          )
18                      Defendants.      )
                                         )
19  _____

20      **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21      Pursuant to LR IA 10-3, the United States of America respectfully requests that this

22  honorable Court permit Katherine M. Kasameyer to practice before this honorable Court in all

23  matters relating to the above-captioned case.

24      Ms. Kasameyer is an attorney with the U.S. Department of Labor, an agency of the

25  federal government.  Ms. Kasameyer is a member in good standing of the State Bar of

26  California (Bar No. 261820).

The following contact information is provided to the Court:

Katherine M. Kasameyer, Trial Attorney
U.S. Department of Labor, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
(415) 625-7742 telephone
(415) 625-7772 facsimile
kasameyer.katherine@dol.gov

Accordingly, the United States respectfully requests that an order be issued allowing Katherine M. Kasameyer to practice before this honorable Court.

DATED this 14th day of July 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: August 11, 2011